# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2604

_____

William Robert Gibson,　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　　　　*　District Court for the Western
　　　　　　　　　　　　　　　　　　　*　District of Missouri.
Premium Standard Farms, Inc.,　　　　　*
　　　　　　　　　　　　　　　　　　　*　 [UNPUBLISHED]
　　　　　　Appellee.　　　　　　　　　*

_____

Submitted: March 5, 2004

Filed: March 25, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


　　　　William Robert Gibson appeals from the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment Act lawsuit. Upon our careful de novo review of the admissible evidence, we conclude summary judgment was proper because Gibson failed to submit evidence that Premium Standard Farm's (PSF's) stated reason for his termination--violation of PSF's policy against intentional

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

animal abuse--was a pretext for age discrimination.  See Winkle v. S.W. Bell Tel. Co., 195 F.3d 418, 420 (8th Cir. 1999) (standard of review; burden-shifting analysis).

We also conclude Gibson's service-letter claim fails because he did not adduce evidence that PSF's stated reason for firing him was false.  See Mo. Rev. Stat. § 290.140 (2000); Stark v. Am. Bakeries Co., 647 S.W.2d 119, 124 n.5 (Mo. 1983) (en banc).

Accordingly, we affirm.

_____